STATE of Missouri, Respondent,

v.

Jerry L. FROELKER, Appellant.

No. ED 85376.

Missouri Court of Appeals, Eastern District, Division Three.

June 21, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2005.

Bradley S. Dede, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty, Gen., Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

Jerry L. Froelker ("Appellant") was charged with producing a controlled substance under Section 195.211 [1] and possession of a controlled substance under Section 195.202. Appellant was found guilty of possession of a controlled substance, a class C felony, and not guilty of producing a controlled substance after a bench trial. He was sentenced to three years in the Missouri Department of Corrections with drug treatment and a 120–day call-back pursuant to Section 559.115. We find no error and affirm.

1. All statutory references are to RSMo 2000 unless otherwise indicated.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25.